UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD THOMAS,

                        NO. CIV. S-12-0350 LKK/GGH

     Plaintiff,

  v.

UNITED OF OMAHA LIFE
INSURANCE COMPANY, and
DOES 1 to 100,

     Defendants.
_____/

**STATUS (PRETRIAL SCHEDULING) CONFERENCE**

    READ THIS ORDER CAREFULLY. IT CONTAINS IMPORTANT DATES WHICH THE COURT WILL STRICTLY ENFORCE AND WITH WHICH ALL COUNSEL AND PARTIES MUST COMPLY. A FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER MAY RESULT IN THE IMPOSITION OF MONETARY AND ALL OTHER SANCTIONS WITHIN THE POWER OF THE COURT, INCLUDING DISMISSAL OR AN ORDER OF JUDGMENT.

    Pursuant to court order, a Status (Pretrial Scheduling) Conference was held in chambers on May 7, 2012. David Allen appeared as counsel for plaintiff; J. Russell Stedman appeared

telephonically as counsel for defendant United of Omaha Life Insurance Company. After hearing, the court makes the following findings and orders:

**SERVICE OF PROCESS**

All parties defendant have been served and no further service is permitted except with leave of court, good cause having been shown.

**JOINDER OF PARTIES/AMENDMENTS**

No further joinder of parties or amendments to pleadings is permitted except with leave of court, good cause having been shown. See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

**JURISDICTION/VENUE**

Jurisdiction is predicated upon 28 U.S.C. § 1331 is undisputed and is hereby found to be proper, as is venue.

**FICTITIOUSLY-NAMED DEFENDANTS**

This action, including any counterclaims, cross-claims, and third-party complaints is hereby DISMISSED as to all DOE or other fictitiously-named defendants.

**MOTION HEARING SCHEDULES**

The parties are to file cross motions re the standard of review by July 16, 2012, replies twenty-one (21) days thereafter, and closing briefs fourteen (14) days thereafter, all to be heard on September 4, 2012 at 10:00 a.m.

The parties are to bring on cross motions for summary judgment twenty-eight (28) days thereafter, replies filed not later than

twenty-one (21) days thereafter, and closing briefs fourteen (14) days thereafter.  The parties shall contact the courtroom deputy clerk to determine the day they may be heard on their motions.

IT IS SO ORDERED.

DATED:  May 8, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT