UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD THOMAS,

      Plaintiff,

  v.

UNITED OF OMAHA LIFE
INSURANCE COMPANY, and
DOES 1 to 100,

      Defendants.
                                    /

NO. Civ.S-12-0350 LKK/GGH

**ORDER RE DISPOSAL
DOCUMENTS AFTER
NOTIFICATION OF SETTLEMENT**

    Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than forty-five (45)) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED.**

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

////

////

1

1  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
2       IT IS SO ORDERED.
3       DATED: June 14, 2012.
4
5
6
7                                     _____
                                      LAWRENCE K. KARLTON
8                                     SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT

2