1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   RICHARD THOMAS,
                                      NO. Civ.S-12-0350 LKK/GGH
11          Plaintiff,

12      v.                                **ORDER RE DISPOSAL**
                                          **DOCUMENTS AFTER**
13   UNITED OF OMAHA LIFE              **NOTIFICATION OF SETTLEMENT**
     INSURANCE COMPANY, and
14   DOES 1 to 100,

15          Defendants.
     _____/
16

17      Counsel for plaintiff has filed a Notice of Settlement in the

18   above-captioned case.  The court now orders that the dispositional

19   documents disposing of the case be filed no later than forty-five

20   (45)) days from the effective date of this order.

21      All hearing dates heretofore set in this matter are hereby

22   **VACATED.**

23      FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

24   IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

25   ////

26   ////

                                    1

1  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

2       IT IS SO ORDERED.

3       DATED:  June 14, 2012.

4

5

6                          _____
                           LAWRENCE K. KARLTON
7                          SENIOR JUDGE
                           UNITED STATES DISTRICT COURT
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26