1  **DAVID ALLEN (SBN 87193)**
   DAVID ALLEN & ASSOCIATES
2  5230 Folsom Boulevard
   Sacramento, California 95819
3  (916) 455-4800 Telephone
   (916) 451-5687 Facsimile
4
   Attorneys for Plaintiff
5  RICHARD THOMAS

6

7

8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11 RICHARD THOMAS,                    )  Case No. 2:12-cv-00350-LKK-GGH
                                      )
12          Plaintiff,                )  **ORDER OF DISMISSAL**
                                      )
13     v.                             )
                                      )
14 UNITED OF OMAHA LIFE INSURANCE     )
   COMPANY, and DOES                  )
15 1 to 100,                          )
                                      )
16          Defendants.               )
   _____  )
17

18
       Pursuant to the stipulation of the parties by and through their attorneys of record
19
       IT IS HEREBY ORDERED
20
       The above-referenced action is dismissed in its entirety with prejudice pursuant to Federal
21
   Rule of Civil Procedure 41(a)(1). Each party shall bear their own fees and costs.
22

23
   DATED: June 26, 2012
24
                                   _____
25                                 LAWRENCE K. KARLTON
26                                 SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT
27

28

                                              1
                                           **ORDER**