1 | **DAVID ALLEN (SBN 87193)**
DAVID ALLEN & ASSOCIATES
2 | 5230 Folsom Boulevard
Sacramento, California 95819
3 | (916) 455-4800 Telephone
(916) 451-5687 Facsimile

Attorneys for Plaintiff
RICHARD THOMAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RICHARD THOMAS, | ) | Case No. 2:12-cv-00350-LKK-GGH |
|---|---|---|
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, and DOES 1 to 100, | ) | |
| Defendants. | ) | |

Pursuant to the stipulation of the parties by and through their attorneys of record

IT IS HEREBY ORDERED

The above-referenced action is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear their own fees and costs.

DATED: June 26, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1
**ORDER**